

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00714-CV

DONALD LAIRD, Appellant

V.

MONICA BENTON, Appellee

Appeal from County Civil Court at Law No. 4 of Harris County.
(Tr. Ct. No. 1007020).

This case is an appeal from the final judgment signed by the trial court on July 24, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment.  Accordingly, the Court **reverses** the trial court's judgment.

The Court further **remands** the case to the trial court for further proceedings.

The Court **orders** that the appellee, Monica Benton, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 25, 2015.

Panel consists of Justices Jennings, Higley, and Huddle. Opinion delivered by Justice Higley.